# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 11, 2015

149372(128)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

DENNIS LEE TOMASIK,
       Defendant-Appellant.
_____/

SC: 149372
COA: 279161
Kent CC: 06-003485-FC

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its brief on appeal is GRANTED.  The brief will be accepted as timely filed if submitted on or before September 15, 2015.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 11, 2015



Clerk